IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASMINE BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>HIRE DYNAMICS, LLC AND<br>DE WAFELBAKKERS, LLC,<br><br>  Defendants. | Civil Action No.<br><br>1:20-cv-03969-SDG-JKL<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jasmine Brown and Defendants Hire Dynamics, LLC and De Wafelbakkers, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 15th day of July, 2021.

| | |
|---|---|
| **BARRETT & FARAHANY** | **SALTER THOMPSON LAW, PC** |
| s/ *Adian R. Miller* | s/ *Amanda S. Thompson* |
| Adian R. Miller | Amanda S. Thompson |
| Georgia Bar No. 794647 | Georgia Bar No. 622854 |
| *Attorney for Plaintiff* | *Attorney for Defendant Hire Dynamics* |
| 1100 Peachtree Street, Suite 500 | 2860 Piedmont Rd. NE, Suite 215 |
| Atlanta, GA 30309 | Atlanta, Georgia 30305 |
| (404) 214-0120 | (404) 247-0107 ( |
| adian@justiceatwork.com | amanda@stlaborlaw.com |

**ELARBEE, THOMPSON, SAPP & WILSON, LLP**

s/ *Pamela E. Palmer*
Justin B. Connell
Georgia Bar No. 142692
Pamela E. Palmer
Georgia Bar No. 882599
Holly E. McDaniel
Georgia Bar No. 733703
*Attorneys for Defendant*
*De Wafelbakkers*
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
Telephone:  (404) 659-6700
connell@elarbeethompson.com
palmer@elarbeethompson.com
mcdaniel@elarbeethimpson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASMINE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>HIRE DYNAMICS, LLC AND<br>DE WAFELBAKKERS, LLC,<br><br>    Defendants. | Civil Action No.<br><br>1:20-cv-03969-SDG-JKL<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Amanda Thompson
amanda@stlaborlaw.com

Pamela Palmer
palmer@elarbeethompson.com
Justin Connell
connell@elarbeethompson.com
Holly McDaniel
mcdaniel@elarbeethompson.com

3

Respectfully submitted this 15th day of July, 2021.

                        **BARRETT & FARAHANY**

                        s/ *Adian R. Miller*
                        Adian R. Miller
                        Georgia Bar No. 794647